UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA PAOLA LOPEZ MORA,<br><br>Petitioner,<br><br>v.<br><br>OFFICER IN CHARGE, ADELANTO ICE PROCESSING CENTER, et al.,<br><br>Respondents. | Case No. 5:26-cv-03201 CV (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus (Dkt. No. 1), Respondents' Return (Dkt. No. 10), and the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 14). No objections were filed to the Report and Recommendation, and the deadline to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted (Dkt. No. 14);

2. The unopposed Petition is granted;

3.  Respondents shall immediately release Petitioner Sandra Paola Lopez Mora (A# 226-035-391); and

4.  Judgment is to be entered accordingly.

DATED:  6/30/26

*Cynthia Valenzuela*

THE HONORABLE CYNTHIA VALENZUELA
United States District Judge

2