JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANDRA PAOLA LOPEZ MORA,

                Petitioner,

                v.

OFFICER IN CHARGE, ADELANTO ICE PROCESSING CENTER, et al.,

                Respondents.

Case No. 5:26-cv-03201 CV (ADS)

JUDGMENT

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges the unopposed Petition granted.

DATED:  6/30/26

*Cynthia Valenzuela*

THE HONORABLE CYNTHIA VALENZUELA
United States District Judge